CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Gordon D. Sondland
    Plaintiff(s)

Civil Action No. 21-cv-01405-RJL

vs.

Michael R. Pompeo, individually and United States of America
    Defendant(s)

## AFFIDAVIT OF MAILING

I, _____Laurence E. Perry_____, hereby state that:

On the __26th__ day of _____May_____, __2021__, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

United States of America
c/o Merrick J. Garland, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

I have received the receipt for the certified mail, No. __7019 1640 0002 1331 0848__ (attached hereto as Exhibit A), indicating that delivery of the summons and complaint was made upon said defendant on the __2nd__ day of _____June_____, __2021__.

I declare under penalty of perjury that the foregoing is true and correct.

_____June 18, 2021_____       *Laurence E. Perry*
    (Date)                                        (Signature)

# Exhibit A

Exhibit A, pg. 2



# USPS Tracking®

 tools.usps.com/go/TrackConfirmAction

## Tracking Number: 70191640000213310848

Your item was delivered at 4:53 am on June 2, 2021 in WASHINGTON, DC 20530.

## Status

## Delivered

June 2, 2021 at 4:53 am

WASHINGTON, DC 20530

Get Updates

Delivered

## Text & Email Updates

## Tracking History

**June 2, 2021, 4:53 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:53 am on June 2, 2021 in WASHINGTON, DC 20530.

**June 1, 2021, 10:56 am**
Available for Pickup
WASHINGTON, DC 20530

**June 1, 2021, 7:29 am**
Arrived at Post Office
WASHINGTON, DC 20018

**May 30, 2021**
In Transit to Next Facility

**May 26, 2021, 10:23 pm**
Arrived at USPS Regional Origin Facility

Exhibit A, pg. 4

LOS ANGELES CA DISTRIBUTION CENTER

2/2

**May 26, 2021, 12:43 pm**
USPS in possession of item
LOS ANGELES, CA 90067

**Product Information**

Exhibit A, pg. 5